```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAYNA LEHKIEM EL-AMIN,

        Petitioner,

-against-

THE PEOPLE OF THE STATE OF NEW YORK,

        Respondent.

22-CV-1710 (ALC) (BCM)

**ORDER RE CHANGE OF ADDRESS**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court notes that petitioner appears to have been conditionally released from Wallkill Correctional Facility (Wallkill) as of January 2024, but remains subject to supervision, *See Inmate Population Information Search*, New York State Department of Corrections and Community Supervision, http://nysdoccslookup.doccs.ny.gov/ (last visited June 18, 2025), and therefore remains "in custody" for purposes of 28 U.S.C. § 2254.[1]

    Petitioner has not updated his address since his release from Wallkill more than a year ago. Petitioner is reminded that it is his obligation to pursue this action diligently, including by updating the Court when and if his address changes and providing a current address where he can receive mail sent by the Court or other parties.

    It is hereby ORDERED that petitioner shall, no later than **August 18, 2025**, update his address with the Court, using the attached Notice of Change of Address form. The form may be mailed or delivered to the Pro Se Intake Unit, 500 Pearl Street, Room 250, New York, New York 10007. If petitioner fails to update his address as required, or fails thereafter to pursue this action diligently, **the case may be dismissed**.

    The Clerk of Court is respectfully directed to mail a copy of this order to Mr. El-Amin, care of his parole officers T. Benbow and K. Stevenson-Butler, at the New York Department of Corrections and Community Supervision, Manhattan II Area Office, 314 West 40th Street, New York, NY 10018.

Dated: New York, New York
       June 18, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] *See, e.g.*, *United States v. Rutigliano*, 887 F.3d 98, 106 (2d Cir. 2018); *see also McKinley v. New York*, 2019 WL 11910939, at *5 n.6 (S.D.N.Y. Nov. 22, 2019), *adopted*, 2021 WL 1226947 (S.D.N.Y. Mar. 31, 2021).

IH-34                                                                                                                               Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____

Name (Last, First, MI)

| Address | City | State | Zip Code |

| Telephone Number | E-mail Address (if available) |

| Date | Signature |